686 A.2d 392

Roger MATTES, Appellant at No. 90,

v.

Lewis KATES.

Roger MATTES, Individually and Mattes
& Mattes, P.C., Appellants at No. 91,

v.

Jerome BARTH, Audrey Barth, West Mountain
Poultry Company and Lewis Kates.

Supreme Court of Pennsylvania.

Dec. 30, 1996.

Eugene F. Hickey, II, Scranton, for Roger Mattes.

Andrew E. Forshay, Philadelphia, for Lewis Kates, Jerome Barth, et al.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

*ORDER*

PER CURIAM.

Appeals dismissed as having been improvidently granted.

CAPPY and NIGRO, JJ., dissent and would reach the merits of the case.